# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IUE-CWA, The Industrial Division of the Communications Workers of America, AFL-CIO, CLC; and Larry Combs; Eva Cox; Mary Davis; Lee Hill; and Earl R. Williams; on behalf of themselves and all other persons similarly situated, <br><br>            Plaintiffs,<br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>            Defendant. | Case No: 06-12151<br><br>Hon. Denise Page Hood<br><br>**CLASS ACTION** |

## ORDER

Having considered the motion for an award of attorneys' fees and costs, and notice of that motion having been directed through the Class Notice to the class members in a reasonable manner, the Court makes the following findings of fact and conclusions of law:

1.    Class counsel are entitled to fees and nontaxable costs pursuant to ERISA.

2.    The hourly rates they seek are reasonable pursuant to *Northcross v. Board of Education of the Memphis City Schools*, 611 F.2d 624, 638 (6th Cir. 1979):

    a.    $390/hour for William T. Payne and Stember Feinstein partners;

    b.    $325/hour for Stember Feinstein associates;

    c.    $95/hour for Stember Feinstein law clerks; and

    d.    $80/hour for Stember Feinstein paralegals.

3.    Class counsel claim that given the size and complexity of this case, counsels' estimated fees are approximately $151,595 and estimated costs are $3,000. The Court will make a final determination on the issue of attorney fees upon the filing of the appropriate affidavits

and appropriate documentation pursuant to *Northcross*, 611 F.2d at 638 and costs upon the filing of the appropriate documentation pursuant to ERISA, 28 U.S.C. § 1920, E.D. Mich. L.R. 54.1, and the Bill of Costs Handbook.

4. Class counsel may supplement their motion fourteen (14) days after judgment pursuant to Rule 54(d)(2).

Accordingly,

IT IS ORDERED that the Petition for Attorney Fees **(Docket No. 21, filed August 18, 2006)** is GRANTED.  The Court will determine the amount after Class counsel files the appropriate documentation.

                     /s/ DENISE PAGE HOOD
                     DENISE PAGE HOOD
                     United States District Judge

DATED: November 1, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 1, 2006, by electronic and/or ordinary mail.

                     s/ William F. Lewis
                     Case Manager